**Stevie EDMONDS, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.
June 25, 1954.

J. K. Beasley, Harlan, for appellant.

J. D. Buckman, Jr., Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

**PER CURIAM.**

Motion for an appeal from a judgment of the Harlan Circuit Court, Astor Hogg, Judge, convicting appellant of the offense of possessing intoxicating liquor for the purpose of sale in local option territory, with punishment fixed at a fine of $50 and thirty days in jail.

Motion for an appeal is overruled and the judgment is affirmed.

**B. F. GOOD**

**v.**

**Bobby Gene FORD et al.**

Court of Appeals of Kentucky.

June 25, 1954.

L. C. Farley, Pikeville, for appellant.

Herman Dotson, Pikeville, for appellee.

**PER CURIAM.**

This case involves an accounting between the appellant and appellees growing out of the lease of real estate. The net amount involved is less than $2,500 and, since we find no material error, the motion for an appeal is overruled and the judgment is affirmed. KRS 21.080.